UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NIKOLAUS A. CHILDS,

Plaintiff

v.

G. CARPENTER, *et al.*,

Defendants

Case No. 3:20-cv-00639-MMD-CLB

**ORDER**

**I.   DISCUSSION**

On November 19, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action on or before January 19, 2021. (ECF No. 4 at 2). On January 11, 2021, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not yet received his financial certificate from the NDOC. (ECF No. 5). The Court now grants Plaintiff's motion for an extension of time.  Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before **February 25, 2021**.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for extension of time (ECF No. 5) is granted.

IT IS FURTHER ORDERED that on or before **February 25, 2021**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

///

///

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, this action may be subject to dismissal.  IT IS SO ORDERED.

DATED:  January 12, 2021

_____
UNITED STATES MAGISTRATE JUDGE